# EXHIBIT C

# J.S. Vig Construction Company

## Subcontract

Date: June 29, 2009

Job # 1478

THIS AGREEMENT, made the above date by and between **P.W.B. CONSTRUCTION, INC.**, 392 Oliver Drive, Troy, Michigan, 48084. 248 244 8670 – Phone, 248 244 8673 Fax

Hereinafter called the Subcontractor and **J. S. VIG CONSTRUCTION COMPANY**, hereinafter called the Contractor.

WITNESSETH, that the Subcontractor and Contractor for the considerations herein after named agree as follows: